

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

*In re:*

**PATRICK D. HAYES, JR.**

*and*

**KAREN J. OBRIEN-HAYES,**
  Debtors

Ch. 13
20-40313-CJP

## Proceeding Memorandum and Order

**MATTER:**
Telephonic Hearing on #45 Debtors' Objection to Proof of Claim 16 of Claimant U.S. Bank National Association and #71 Response of U.S. Bank National Association.

**Decision set forth more fully as follows:**
WITHIN 14 DAYS THE LENDER SHALL SUMIT AN AMENDED PROOF OF CLAIM WITH AN AMENDED FORM 410 AND A COMPLETE LOAN HISTORY. A CONTINUED TELEPHONIC HEARING IS SCHEDULED FOR 9/3/2020 AT 10:00 A.M. TO PARTICIPATE THE PARTIES SHALL DIAL (877) 873-8018 AND ENTER ACCESS CODE 1167883.

By the Court,

Christopher J. Panos
United States Bankruptcy Judge

Dated: 7/31/2020