2100A
10/06

## United States Bankruptcy Court
### District of Massachusetts

**Patrick D. Hayes Jr.**
 18 Maplewood Ave.
Marlborough, MA 01752
xxx–xx–6794
*No Known Aliases*

**Karen J. Obrien–Hayes**
 18 Maplewood Ave.
Marlborough, MA 01752
xxx–xx–5723
*No Known Aliases*

Case number:  20–40313
Chapter: 13
Judge Christopher J. Panos

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

TO THE PARTIES IN INTEREST:

YOU ARE HEREBY NOTIFIED that an assignment of Court Claim No.  **19**  was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a *Transfer of Claim Other than for Security* in the clerk's office of this court on  **3/1/21.**

*Transferee*
**U.S. Bank Trust National Association**
**c/o SN Servicing Corporation**
**323 Fifth Street**
**Eureka, CA 95501**

*Transferor*
**U.S. Bank Trust, N.A.**
**1425 Greenway Drive, Suite 400**
**Irving, TX 75038–7503**

**– DEADLINE TO OBJECT TO TRANSFER –**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty–one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:3/1/21

By the Court,

Alberto Barrera
Deputy Clerk
508–770–8932